FORM TO BE USED BY A PRISONER IN FILING A CIVIL RIGHTS COMPLAINT

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

(1) Michael Rivera     EW2442
(Name of Plaintiff)    (Inmate Number)

1000 Follies Rd.; Dallas, PA 18612
(Address)

(2) N/A
(Name of Plaintiff)    (Inmate Number)

_____
(Address)

(Each named party must be numbered,
and all names must be printed or typed)

vs.

(1) C.O.I. J. O'Haire

(2) C.O.II. Sgt. Shamoski

(3) C.O.II. Sgt. Bienkowski
(Names of Defendants)

(Each named party must be numbered,
and all names must be printed or typed)

15-1659
(Case Number)

CIVIL COMPLAINT

FILED
SCRANTON

AUG 27 2015

PER _____
DEPUTY CLERK

TO BE FILED UNDER: ✓  42 U.S.C. § 1983 - STATE OFFICIALS
                   ___ 28 U.S.C. § 1331 - FEDERAL OFFICIALS

I.  PREVIOUS LAWSUITS

    A.  If you have filed any other lawsuits in federal court while a prisoner, please list the caption and case
        number including year, as well as the name of the judicial officer to whom it was assigned:

        None

1

## II. EXHAUSTION OF ADMINISTRATIVE REMEDIES

In order to proceed in federal court, you must fully exhaust any available administrative remedies as to each ground on which you request action.

A. Is there a prisoner grievance procedure available at your present institution? ✓ Yes ___ No

B. Have you fully exhausted your available administrative remedies regarding each of your present claims? ✓ Yes ___ No

C. If your answer to "B" is Yes:

1. What steps did you take? Filed grievance number 549447 on 1/28/15, and the subsequent appeals on 5/2/15 and 5/18/15, respectively.

2. What was the result? Denied on every level.

D. If your answer to "B" is No, explain why not: N/A

## III. DEFENDANTS

(1) Name of first defendant: Corrections Officer Joe O'Haire
Employed as C.O.I. at State Correctional Institution at Dallas.
Mailing address: 1000 Follies Rd.; Dallas, PA 18612

(2) Name of second defendant: Corrections Sergeant Shamoski
Employed as C.O.II. at State Correctional Institution at Dallas.
Mailing address: 1000 Follies Rd.; Dallas, PA 18612

(3) Name of third defendant: Corrections Sergeant Bienkowski
Employed as C.O.II. at State Correctional Institution at Dallas.
Mailing address: 1000 Follies Rd.; Dallas, PA 18612

(List any additional defendants, their employment, and addresses on extra sheets if necessary)

## IV. STATEMENT OF CLAIM

(State here as briefly as possible the facts of your case. Describe how each defendant is involved, including dates and places. Do not give any legal arguments or cite any cases or statutes. Attach no more than three extra sheets if necessary.)

1. Please see the attached Complaint, which sets forth the basis of these claims with more specificity than the spacing of this form allows for.

2. Same as 1.

3. Same as 1.

V. **RELIEF**

(State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.)

1. Please see the attached Complaint, which sets forth the prayer for relief with more specificity than the spacing of this form allows for.

2. Same as 1.

3. Same as 1.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this __24th__ day of __August__, 20__15__.

_____
(Signature of Plaintiff)

4

Michael Rivera
D.O.C. # EW2442
1000 Follies Rd.
Dallas, PA 18612

No Fee
Enclosed

Ms. M.E. Elkins, Clerk of Court
U.S. District Court for the Middle District of PA
235 North Washington Ave.
P.O. Box 1148
Scranton, PA 18501-1148