IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MICHAEL RIVERA,** : | |
| Plaintiff : | No. 1:15-cv-1659 |
| : | |
| v. : | Judge Jones |
| : | |
| **C.O. I J. O'HAIRE, et al.,** : | |
| Defendants : | Electronically Filed |

## ANSWER

Defendants, by and through their attorney of record, Senior Deputy Attorney General Lisa Wojdak Basial, respond to the averments in plaintiff's Complaint as follows:

## FIRST DEFENSE

1-2. These paragraphs contain jurisdictional statements and statement of venue to which no response is required. To the extent they are deemed factual, they are denied.

3-9. Admitted.

10-11. Denied.

12-14. Admitted.

15-19. Denied.

20. Denied as stated. By way of further response, plaintiff had stitches in his left eyebrow due to an injury that occurred on I Block when he was being subdued after assaulting Officer Lewis.

21-28. Admitted.

29. Defendants' responses to paragraphs 1-28 are hereby incorporated by reference as if fully set forth herein.

30-38. These paragraphs contain conclusions of law and requests for relief to which no response is required. To the extent they are deemed factual, they are denied.

## SECOND DEFENSE

39. The Complaint fails to state any claim upon which relief may be granted.

## THIRD DEFENSE

40. The Commonwealth defendants are immune from liability by virtue of absolute, qualified, official, governmental, state sovereign or any other immunity.

## FOURTH DEFENSE

41. Plaintiff's injuries were due to his own actions or the actions of persons other than the defendants.

## FIFTH DEFENSE

42. Some and all of plaintiff's claims are barred based on lack of personal involvement.

## SIXTH DEFENSE

43. Defendants had legitimate penological reasons for all decisions and actions.

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | BRUCE R. BEEMER<br>First Deputy Attorney General |
| By: | *s/Lisa Wojdak Basial* |
|  | LISA WOJDAK BASIAL |
| **Office of Attorney General**<br>**15th Floor, Strawberry Square**<br>**Harrisburg, PA 17120**<br>**Phone: (717) 787-7157**<br>**Fax:    (717) 772-4526**<br>**lbasial@attorneygeneral.gov** | Senior Deputy Attorney General<br>Attorney ID 71554<br><br>KENNETH L. JOEL<br>Chief Deputy Attorney General<br>Chief, Civil Litigation Section |
| **Date:  January 22, 2016** | Counsel for Defendants |

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MICHAEL RIVERA,** | : | |
| Plaintiff | : | No. 1:15-cv-1659 |
| | : | |
| v. | : | Judge Jones |
| | : | |
| **C.O. I J. O'HAIRE, et al.,** | : | |
| Defendants | : | Electronically Filed |

## CERTIFICATE OF SERVICE

I, Lisa Wojdak Basial, Senior Deputy Attorney General for the Commonwealth of Pennsylvania, Office of Attorney General, hereby certify that on January 22, 2016, I caused to be served a true and correct copy of the foregoing document titled Answer to the following:

**Via U.S. First Class Mail**

Michael Rivera, EW-2442
SCI-Dallas
1000 Follies road
Dallas, PA  18612
*(Pro Se Plaintiff)*

           *s/Lisa Wojdak Basial*
**LISA WOJDAK BASIAL**
Senior Deputy Attorney General