

COMMONWEALTH OF PENNSYLVANIA
OFFICE OF ATTORNEY GENERAL

JOSH SHAPIRO
ATTORNEY GENERAL

June 22, 2017

Litigation Section
15th Floor, Strawberry Square
Harrisburg, PA 17120
Phone (717) 783-3146
nradziewicz@attorneygeneral.gov

**Honorable Karoline Mehalchick**
**William J. Nealon Federal Bldg. & U.S. Courthouse**
**235 N. Washington Avenue**
**Scranton, PA 18503**

                Re:    *Michael Rivera v. C.O. I O'Haire, et al.*
                         No. 1:15-cv-1659 (Middle District of PA)

**Dear Honorable Judge Mehalchick,**

      As a follow-up to our telephone status conference in May, I am writing to let you know that the Department of Corrections has moved Mr. Rivera to SCI Retreat, in connection with housing for the upcoming July trial, consistent with his wishes. It is not anticipated that he will be housed at SCI Dallas in connection with the trial, at all, but, due to the fact that there are no official DOC separation orders in place between Mr. Rivera and any individual at SCI Dallas, this cannot be guaranteed.

      I am happy to provide more information upon request.

                                                      Sincerely,

                                                        NICOLE J. RADZIEWICZ
                                                        Deputy Attorney General

NJR/raf
cc:    Michael Rivera