**AMENDED EXHIBIT LIST**

Abbreviated Name of Case:  *Rivera v. O'Haire, et al.*
Case No.:  1:15-cv-01659

Name of Party submitting this list:  Defendants James O'Haire, Edmund Bienkowski, and Andrew Sromovski

| Defendant(s) Exhibit No. | Description of Exhibits | Document Dated | Identified in Court | Date Admitted | Witness on Stand |
|---|---|---|---|---|---|
| 1 | Complaint | 8/27/15 | | | |
| 2 | Answer | 1/22/16 | | | |
| 3 | Video of Rivera transport from I Block to Infirmary | 1/20/15 | | | |
| 4 | Video of Rivera transport from Infirmary to POR | 1/20/15 | | | |
| 5 | Rivera Medical Records | | | | |

1