AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Middle District of Pennsylvania

| | |
|---|---|
| MICHAEL RIVERA <br> *Plaintiff* <br> v. <br> C.O.I J. O'HAIRE, et al <br> *Defendant* | ) <br> ) <br> ) Civil Action No.   1:15-CV-1659 <br> ) <br> ) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ **the plaintiff** *(name)* _____ recover from the
**defendant** *(name)* _____ the amount of
_____ dollars ($ _____ ), which includes prejudgment
interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ **the plaintiff recover nothing**, the action be dismissed on the merits, and the defendant *(name)* _____
recover costs from the plaintiff *(name)* _____ .

☒ **other:**   Judgment in favor of defendants and against the plaintiff.

This action was *(check one)*:

☒ **tried by a jury with Judge**   Karoline Mehalchick   presiding, and the jury has rendered a verdict.

☐ **tried by Judge** _____ without a jury and the above decision was reached.

☐ **decided by Judge** _____ on a motion for _____

Date:   07/11/2017

CLERK OF COURT

*[signature]*

*Signature of Clerk or Deputy Clerk*